**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6837**

———————

HENRY JOSEPH BORELLI,

                                         Petitioner - Appellant,

        versus

JOE DRIVER, Warden,

                                         Respondent - Appellee,

    and

AL HAYNES,

                                         Respondent.


———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert E. Maxwell, Senior District Judge.  (2:06-cv-00087-REM)

———————

Submitted:  October 18, 2007         Decided:  October 24, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Henry Joseph Borelli, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Joseph Borelli, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Borelli v. Driver</u>, 2:06-cv-00087-REM (N.D.W. Va. filed May 4, 2007 & entered May 7, 2007).  Additionally, we deny Borelli's "Emergency Application for Temporary Injunction" as moot and deny his motion to amend the caption in this case.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>